# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

LUIS VASQUEZ,

        Plaintiff,

   v.

JUDITH LAPINE,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-725-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____9/24/08_____
Date